1  FAYER GIPSON LLP
   A Limited Liability Partnership
2  ELLIOT B. GIPSON (State Bar No. 234020)
   EGipson@fayergipson.com
3  GREGORY A. FAYER (State Bar No. 232303)
   GFayer@fayergipson.com
4  MINH Z. KUO (State Bar No. 247489)
   MKuo@fayergipson.com
5  2029 Century Park East, Suite 3535
   Los Angeles, California 90067
6  Telephone: (310) 557-3558
   Facsimile:  (310) 557-3589
7
   Attorneys for Plaintiffs
8  WORLD GYM INTERNATIONAL IP, LLC,
9  A Delaware limited liability company;
   WORLD GYM INTERNATIONAL, LLC,
10 A Delaware limited liability company
11
12                UNITED STATES DISTRICT COURT
13        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
14

15 | WORLD GYM INTERNATIONAL IP, LLC, a Delaware Limited Liability Company; WORLD GYM INTERNATIONAL, LLC, a Delaware Limited Liability Company, | CASE NO. CV 13-02021 DMG (SHx)
   | | **PROOF OF SERVICE**
   | Plaintiff, |
   | v. |
   | FALKEN WORLD ACQUISITIONS, INC., a Canadian corporation, d/b/a World Gym Surrey; PHILLIPE FALKENBERG, a natural person; and DOES 1-10, inclusive, |
   | Defendants. |

**PROOF OF SERVICE**

# PROOF OF SERVICE

Pursuant to the Hague Convention, plaintiffs World Gym International IP, LLC and World Gym International, LLC ("Plaintiffs") effected service of the complaint and all other required case initiating documents on defendant Falken World Acquisitions, Inc. ("Defendant"), via personal service through the British Columbia Sherriff Service.

The documents were personally served by Deputy Sherriff Gary Wong at Defendant's business address, 7130 120th Street Unit 213, Surrey, British Columbia, Canada. A true and correct copy of the letter and certificate returned by the British Columbia Sherriff Service is attached hereto as **Exhibit A**.

DATED: February 5, 2014

FAYER GIPSON LLP
A Limited Liabiity Partnership
ELLIOT B. GIPSON
GREGORY A. FAYER
MINH Z. KUO


By /s/Minh Z. Kuo_____
    MINH Z. KUO
Attorneys for Plaintiffs
WORLD GYM INTERNATIONAL IP, LLC;
WORLD GYM INTERNATIONAL, LLC