# **EXHIBIT A**



**BRITISH COLUMBIA**

10,700-20/California/USA                                      File Number 2013-354

January 10, 2014

Elliot B. Gipson
Fayer Gipson LLP
2029 Century Park East, Suite 3535
Los Angeles California  90067
USA

Dear Elliot B. Gipson:

Re:     Service of Documents Pursuant to the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters - **Falken World Acquisitions, Inc., a Canadian Corp. (dba: World Gym Surrey)  (representative including any employee or receptionist), 7130 Scott Road, #201, Surrey, BC  V3M 2W8  Canada**

The above-referenced documents have been served upon **Falken World Acquisitions, Inc., a Canadian Corp. (dba: World Gym Surrey)  (representative including any employee or receptionist),** as requested pursuant to the terms and conditions of the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters.

The completed Certificate is enclosed along with supporting documents.

Thank you.

Yours truly,

*[signature]*

Doris Dardengo
Central Authority Administrator

Enclosures

Page 1 of 1

| Ministry of Justice | Legal Services Branch<br>Order in Council Administration | Mailing Address:<br>PO Box 9280 STN PROV GOVT<br>Victoria BC  V8W 9J7 | Location:<br>1001 Douglas Street<br>Victoria, BC  V8W 2C5 |
|---|---|---|---|
| | | Telephone:  (250) 387-0724 | Facsimile: (250) 387-4349 |

**CERTIFICATE**
**ATTESTATION**

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date) **January 7, 2014**
   - *le (date)*
   - at (place, street, number) **Unit 213-7130 120th Street**
     **Surrey, British Columbia, CANADA**

   - *à (localité, rue numéro)*

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*

       [ X ] (b) in accordance with the following particular method*: **Personal service**
       b) *selon la forme particulière suivante:*

       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple*

The documents referred to in the request have been delivered to:   **MEHTA, Manish**
*Les documents mentionnés dans la demande ont été remis à*:

(identity and description of person)
*(identité et qualité de la personne)*

- relationship to the addressee (family, business or other)   **General Manager, World Gym and Better Body Cafe**

- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été   etail , en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le   etail figure au mémoire ci-joint.*

Annex
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at **Surrey, British Columbia, CANADA**, the
*Fait à* _____, le *January 8, 2014*

Signature and/or stamp.
*Signature et/ou cachet.*

*Delete if inappropriate.
*Rayer les mentions inutiles.*

BRITISH COLUMBIA SHERIFF SERVICE
14340 57 Avenue
Surrey, British Columbia, Canada
V3X 1B2

T: (604) 572-2234    F: (604) 507-1564

BRITISH COLUMBIA

Gary WONG | Deputy Sheriff 877

File Number: 2013-354