UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-2021-DMG (SHx) | Date | September 30, 2014 |
| Title | *World Gym Int'l IP, LLC, et al. v. Falken Acquisitions Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER GRANTING REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT FALKEN ACQUISITIONS INC. [31]**

On September 26, 2014, Plaintiffs World Gym International IP, LLC and World Gym International, LLC filed a renewed request for entry of default against Defendant Falken Acquisitions Inc. ("Falken"). [Doc. # 31.] Having established that Defendant Falken has been properly served with process pursuant to the Hague Convention,

IT IS ORDERED that Plaintiffs' request is granted. The Clerk is hereby directed to enter the default of Defendant Falken. Within 30 days thereafter, Plaintiffs shall move for default judgment.