# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD GYM INTERNATIONAL IP, LLC, a Delaware Limited Liability Company, et al.<br><br>PLAINTIFF(S)<br>v.<br>FALKEN ACQUISITIONS INC., a Canadian corporation, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 13-02021 DMG (SHx)<br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:  ** PURSUANT TO THE CIVIL MINUTES OF 9/30/2014 **

Falken Acquisitions Inc.

Clerk, U. S. District Court

9/30/2014                                 By  G. Kami                    (213) 894-0747
Date                                          Deputy Clerk

CV-37 (10/01)                         DEFAULT BY CLERK F.R.Civ.P. 55(a)