JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD GYM INTERNATIONAL IP, LLC, *et al.*,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>FALKEN ACQUISITIONS, INC., *et al.*,<br><br>                              Defendants. | Case No. CV13-2021-DMG (SHx)<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

    This Court having granted the motion by Plaintiffs World Gym International IP, LLC, and World Gym International, LLC for default judgment and permanent injunction against Defendant Falken Acquisitions, Inc. ("Falken") [Doc. # 42],

    IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. Defendant Falken, it assignees, transferees, employees, agents, owners and representatives, all other persons, firms or entities acting in concert or participation with it, who receive notice of this order, are permanently enjoined from using the mark WORLD GYM as referenced in U.S. registration nos. 1791584 and 1911887, or any derivation thereof ("WORLD Marks") in connection with gym and fitness centers in any manner, including but not limited to the following:

a.  Using, displaying, advertising or promoting the WORLD Marks in connection with any gym or fitness service;

b.  Using, displaying, advertising or promoting the WORLD Marks in connection with any goods or services related to gym and fitness services, including without limitation gym or fitness clothing, equipment and/or nutritional supplements; and

c.  Assisting any other person or entity in engaging in the conduct described in subparagraphs (a) and (b) above.

2.  Plaintiffs World Gym International IP, LLC, and World Gym International, LLC shall have and recover against Defendant Falken a total damage award in the sum of $36,374.46, consisting of the following:

a.  Pursuant to 15 U.S.C. § 1117(a) and (b)(1), treble damages in the sum of $33,749.46; and

b.  Pursuant to 15 U.S.C. § 1117(b)(1) , reasonable attorneys' fees in the sum of $2,625.00,

plus reasonable costs incurred herein.

DATED:  December 5, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE